### JOHN L. SCANLAN v. JOHN W. AYERS.

*Bill of Exceptions.*—Where a bill is not filed within time it is no part of the record.

Filed May 19, 1881.

Appeal from Shelby Circuit Court.

Major & Major, for appellant, cited 25 Ind. 479; 2 Hen. & Mun. 173; Hill. on Vendors, p. 316, as to presumption of mistake from differences between actual and estimated quantity of land in a deed, as also 3 Bibb. 46; 5 T. B. Mon. 216; 1 Ired. 299, on same point.

Thomas B. Adams and Lewis T. Michener cited *Hitton* v.

*Martin,* 52 Ind. 529; *Walker* v. *Woolen,* 54 Mo. 164, that a record must show that a bill of exceptions was filed within the time.

Opinion of the court by Mr. Justice Woods.

The error assigned is the overruling of the motion for a new trial which was asked solely on the ground that the finding and judgment of the court were not sustained by sufficient evidence and were contrary to law. The bill of exceptions purporting to show the evidence was not filed within the time granted by the court therefor, and is, therefore, not a part of the record.

Judgment affirmed with costs.